**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUDY HOLMQUIST, an individual | |
| Plaintiff, | |
| v. | Case No. |
| RESILIENCE HEALTHCARE – WEST SUBURBAN MEDICAL CENTER, LLC a Delaware limited liability Company, RESILIENCE HEALTHCARE-WEISS MEMORIAL HOSPITAL, LLC, a Delaware limited liability Company, AUM GLOBAL HEALTHCARE MANAGEMENT, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC, a Michigan Limited Liability Company, | (Removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division – Case No. 2023CH06224) |
| Defendant(s). | |

## NOTICE OF REMOVAL

Defendants Resilience Healthcare – West Suburban Medical Center, LLC ("West Suburban"), Resilience Healthcare – Weiss Memorial Hospital, LLC ("Weiss Memorial"), and AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare (improperly named as AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC) (collectively "Defendants"), hereby remove the above-captioned action, which is currently pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division. This removal is based upon supplemental jurisdiction under 28 U.S.C. § 1367(a). In support of their Notice of Removal, Defendants state the following:

## I.      THE FEDERAL AND STATE COURT ACTIONS

1.      On May 5, 2023, Plaintiff Judy Holmquist ("Plaintiff"), filed a lawsuit in this Court, entitled *Judy Holmquist v. Resilience Healthcare – West Suburban Medical Center, LLC, et al.*, Case No. 23-cv-02867 (the "Federal Court Action"), alleging, *inter alia*, that Defendants violated the Family and Medical Leave Act of 1993 (" FMLA) and Employee Retirement Income Security Act ("ERISA") when Defendants allegedly terminated her for exercising her rights under the FMLA and ERISA.

2.      On July 3, 2023, Plaintiff filed a lawsuit in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, entitled *Judy Holmquist v. Resilience Healthcare – West Suburban Medical Center, LLC, et al.,* Case No. 2023CH06224 (the "State Court Action"), alleging claims of retaliatory discharge and disability discrimination in violation of the Illinois Human Rights Act ("IHRA") against Defendants based upon the events leading up to and including her termination, all of which were alleged in the Federal Court Action.

3.      West Suburban and Weiss Memorial Hospital were served with a copy of the Summons and Complaint in the State Court Action on August 2, 2023. On August 31, 2023, AUM Global agreed to accept service of the Summons and Complaint. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Summons and Complaint served on West Suburban and Weiss Memorial Hospital are attached as **Exhibit A**. No other process, pleadings, or orders related to this Action have been served on Defendants.

4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service upon West Suburban and Weiss Memorial.

## II.      JURISDICTION AND VENUE

5.      Because the Circuit Court of Cook County, Illinois, County Department, Chancery Division lies in the Eastern Division of the Northern District of Illinois, this Court is the appropriate venue for removal. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

6.      Removal of the State Court Action to this Court is proper because this Court has supplemental jurisdiction over the claims in the State Court Action pursuant to 28 U.S.C. § 1367(a).

## III.      SUPPLEMENTAL JURISDICTION

7.      This Court has federal question jurisdiction over the Federal Court Action currently before the Court, under 28 U.S.C. §1331, which confers original jurisdiction on the federal district courts "of all civil actions arising under the Constitution, laws, or treatises of the United States."

8.      Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's IHRA claims alleged in the State Court Action because those claims are so related to her FMLA and ERISA claims in the Federal Court Action that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367(a).  The critical inquiry in determining whether claims form part of the same case or controversy is whether they "derive from a common nucleus of operative facts." *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 164-65 (1997).

9.      Plaintiff's IHRA claims derive from a common nucleus of operative facts as her FMLA and ERISA claims because they are all founded on the same allegedly retaliatory conduct, allegedly committed by the same individuals, under the same alleged circumstances. *See, e.g., De v. City of Chicago*, 912 F. Supp. 2d 709, 732 (N.D. Ill. 2012) (concluding that the plaintiff's state and federal claims formed part of the same case or controversy because his claims were founded

on the same conduct, committed by the same defendants, under the same conditions of employment).

10.     The IHRA claims in the State Court Action provide virtually identical facts and allegations as the corresponding federal law claims, namely, FMLA and ERISA.

11.     Because Plaintiff's IHRA claims "derive from a common nucleus of operative facts" and because this Court has original jurisdiction over Plaintiff's FMLA and ERISA claims, which are currently before this Court, it is similarly vested with supplemental jurisdiction over Plaintiff's State Court Action.

12.     Plaintiff's use of identical factual allegations to support her Federal Court Action and State Court Action demonstrates an expectation that all of her claims will be considered in a single lawsuit. *See, e.g., Goodman v. Bd. of Trustees of Community College*, 511 F. Supp. 602, 605 (N.D. Ill. 1981).

## IV.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS

13.     In accordance with the requirements of 28 U.S.C. § 1446, which sets the deadline for filing a notice of removal to thirty (30) days after service of a Summons and Complaint, this Notice of Removal is timely filed as it is filed within 30 days of service of the Summons and Complaint on August 2, 2023.

14.     A true and correct copy of this Notice of Removal has been forwarded for filing in the Circuit Court of Cook County. Attached as **Exhibit B** is a copy of the Notice to Clerk of Circuit Court of Cook County of the Filing of Notice of Removal, the original of which is being filed with the Clerk of the Circuit Court of Cook County as required by 28 U.S.C. § 1446(d).

15.     Attached as **Exhibit C** is a true and correct copy of the Notice to Adverse Party of Filing of Notice of Removal, the original of which is being served on the following individuals, as

required by 28 U.S.C. § 1446(d) via U.S Mail and email: Caryn I. Shawn, Shaw Legal Services, Ltd., 540 W. Briar, Ste B, Chicago, Illinois 60657, cshaw@shawattorneys.com.

16. Defendants file this Notice of Removal solely to remove the State Court Action and do not waive, and specifically reserve, any and all defenses.

WHEREFORE, having fulfilled all statutory requirements, Defendants hereby remove Plaintiff's State Court Action from the Circuit Court of Cook County, County Department, Chancery Division to this Court and requests that the Court assume jurisdiction over Plaintiff's State Court Action.

Dated: September 1, 2023     Respectfully submitted,

           */s/ Colette L. Kopon*
           Colette L. Kopon, ARDC# 6318262
           Littler Mendelson, P.C.
           321 North Clark Street, Suite 1100
           Chicago, IL 60654
           Telephone: 312.372.5520
           ckopon@littler.com

           Ariel Clarke, ARDC# 6335703
           Littler Mendelson, P.C.
           2425 E Camelback Road, Suite 900
           Phoenix, AZ 85016
           Telephone: 602.474.3600
           aclarke@littler.com

           *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 1, 2023, she caused a copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which sent notification via electronic mail of such filing to all attorneys of record and sent a copy via U.S. Mail and email:

> Caryn I. Shaw
> Shaw Legal Services, Ltd.
> 540 W. Briar, Ste B
> Chicago, Illinois 60657
> cshaw@shawattorneys.com

*/s/ Colette L. Kopon*
Colette L. Kopon

4874-1557-6186.1 / 119172-1000

# EXHIBIT A



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2023CH06224  **SHERIFF NUMBER:** 50313621  **MULT. SER.:** 2  **DOC. TYPE:** SMMNS

**DIE DATE:** 08/15/2023  **RECEIVED DATE:** 07/25/2023  **FILED DATE:** 07/21/2023  **DIST:** 640

| | |
|---|---|
| **DEFENDANT:** Resilience Healthcare Weiss Memorial Hospital LLC | **PLAINTIFF:** HOLMQUIST, JUDY |
| ADDRESS: 4646 N Marine | **ATTORNEY:** SHAW LEGAL SERVICES LTD |
| CITY: Chicago | ADDRESS: 4646 W BRIAR PL B |
| STATE: IL  ZIP CODE: 60640 | CITY: CHICAGO |
| ATTACHED FEE AMT: | STATE: IL  ZIP CODE: 60657 |
| SERVICE INFORMATION: R/A: IRENE DUMANIS | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☑ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE 02 DAY OF August  2023.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

☐ (01) NO CONTACT  ☐ (05) WRONG ADDRESS  ☐ (09) DECEASED
☐ (02) MOVED  ☐ (06) NO SUCH ADDRESS  ☐ (10) NO REGISTED AGENT
☐ (03) EMPTY LOT  ☐ (07) EMPLOYER REFUSAL  ☐ (11) OUT OF COOK COUNTY
☐ (04) NOT LISTED  ☐ (08) CANCELLED BY PLAINTIFF ATTY  ☐ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:**

| WRIT SERVED ON: TENNELLE JACKSON | | ATTEMPTED SERVICES | | |
|---|---|---|---|---|
| SEX: F  RACE: WH  AGE: 40 | | Date | Time | Star # |
| THIS 02 DAY OF August 20 23 | | 08/01/2023 | 10:15:00 | # 11464 |
| TIME: 9:30 AM | | | | |

THOMAS J. DART,
SHERIFF, BY: /S/  CALOMINO, SALVATORE #17007  , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2023CH06224   **SHERIFF NUMBER:** 50313621   **MULT. SER.:** 2   **DOC. TYPE:** SMMNS
**DIE DATE:** 08/15/2023   **RECEIVED DATE:** 07/25/2023   **FILED DATE:** 07/21/2023   **DIST:** 640

| Date | Time | Star # |
|------|------|--------|
| 08/01/2023 | 10:15:00 | # 11464 |

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 15

SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

*50313620*

CASE NUMBER: 2023CH06224    MULT. SER.: 2    DOC. TYPE: SUMMONS
**DIE DATE: 8/15/2023**    RECEIVED DATE: 7/25/2023    FILED DATE: 7/21/2023    DIST: 302 SK

**DEFENDANT:**    Resilience Healthcare West Suburban Med Ctr LLC
3 Erie Ct
Oak Park, IL 60302

ATTACHED FEE AMT:
SERVICE INFORMATION: R/A: IRENE DUMANIS

**PLAINTIFF:**    HOLMQUIST, JUDY

**ATTORNEY:**    SHAW LEGAL SERVICES LTD
540 W BRIAR PL B
CHICAGO, IL 60657
773-549-9500

FILED
8/10/2023 10:36 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH06224
Calendar, 15
23906750

FILED DATE: 8/10/2023 10:36 AM    2023CH06224

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

\_\_\_   **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

\_\_\_   **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

\_\_\_   **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X   **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION \_\_\_\_ COMPANY \_\_\_\_ BUSINESS \_\_\_\_ PARTNERSHIP \_\_\_\_

\_\_\_   **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

\_\_\_   **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

\_\_\_   **(7) CERTIFIED MAIL**

     **\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

\_\_\_   **(8)** AND BY MAILING ON THE \_\_\_\_\_ DAY OF _____ 20\_\_\_\_ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

\_\_\_ (01) NO CONTACT    \_\_\_ (05) WRONG ADDRESS    \_\_\_ (09) DECEASED
\_\_\_ (02) MOVED    \_\_\_ (06) NO SUCH ADDRESS    \_\_\_ (10) NO REGISTERED AGENT
\_\_\_ (03) EMPTY LOT    \_\_\_ (07) EMPLOYER REFUSAL    \_\_\_ (11) OUT OF COOK COUNTY
\_\_\_ (04) NOT LISTED    \_\_\_ (08) CANCELLED BY PLAINTIFF ATTY    \_\_\_ (12) OTHER REASON (EXPLAIN)
EXPLANATION:

WRIT SERVED ON: JANET
SEX: Female    RACE: White    AGE: 60
THIS 2 DAY OF August 2023
TIME: 10:00:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/ COVARRUBIAS, RAMIRO , Star # 11629 , DEPUTY

| ATTEMPTED SERVICES | | |
| --- | --- | --- |
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

CLU037F



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

*50313620*

FILED DATE: 8/10/2023 10:36 AM   2023CH06224

## CASE NUMBER: 2023CH06224

| **DEFENDANT:** | Resilience Healthcare West Suburban Med Ctr LLC | **PLAINTIFF:** | HOLMQUIST, JUDY |
|---|---|---|---|
| DATE | | DEPUTY | STAR # |

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 15

SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

FILED
8/10/2023 10:36 AM *591A6621*
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY
DOC. TYPE: SUMMONS
2023CH06224
DIST:CH DIST, 15
23906750

CASE NUMBER: 2023CH06224                 MULT. SER.: 2
**DIE DATE: 8/15/2023**   RECEIVED DATE: 7/25/2023   FILED DATE: 7/21/2023

| | |
|---|---|
| **DEFENDANT:** Resilience Healthcare Weiss Memorial Hospital LLC<br>4646 N Marine Dr<br>Chicago, IL 60640 | **PLAINTIFF:** HOLMQUIST, JUDY<br><br>**ATTORNEY:** SHAW LEGAL SERVICES LTD<br>540 W BRIAR PL B<br>CHICAGO, IL 60657<br>773-549-9500 |

ATTACHED FEE AMT:
SERVICE INFORMATION: R/A: IRENE DUMANIS

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

____ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

X    **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THIS 2 DAY OF August 2023

____ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

____ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

    **\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | |
|---|---|---|
| ____ (01) NO CONTACT | ____ (05) WRONG ADDRESS | ____ (09) DECEASED |
| ____ (02) MOVED | ____ (06) NO SUCH ADDRESS | ____ (10) NO REGISTERED AGENT |
| ____ (03) EMPTY LOT | ____ (07) EMPLOYER REFUSAL | ____ (11) OUT OF COOK COUNTY |
| ____ (04) NOT LISTED | ____ (08) CANCELLED BY PLAINTIFF ATTY | ___ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON: TENNELLE JACKSON
SEX: Female    RACE: White    AGE: 40
THIS 2 DAY OF August 2023
TIME: 12/31/1899 9:30:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/ CALOMINO, SALVATORE , Star # 17007 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| 8/1/2023 | 10:15:00 AM | 11464 |
| | : | |
| | : | |
| | : | |

CLU037F



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

\*50313621\*

## CASE NUMBER: 2023CH06224

| **DEFENDANT:** | Resilience Healthcare Weiss Memorial Hospital LLC | **PLAINTIFF:** | HOLMQUIST, JUDY |
|---|---|---|---|
| DATE | | DEPUTY | STAR # |

| DATE | DEPUTY | STAR # |
|---|---|---|
| 8/1/2023 10:15:00 AM | JONES, ANTHONY | 11464 |
| not at work today | | |

FILED DATE: 8/10/2023 10:36 AM   2023CH06224



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2023CH06224   **SHERIFF NUMBER:** 50313620   **MULT. SER.:** 2   **DOC. TYPE:** SMMNS

**DIE DATE:** 08/15/2023   **RECEIVED DATE:** 07/25/2023   **FILED DATE:** 07/21/2023   **DIST:** 302

| | |
|---|---|
| **DEFENDANT:** Resilience Healthcare West Suburban Med Ctr LLC | **PLAINTIFF:** HOLMQUIST, JUDY |
| ADDRESS: 3 Erie | **ATTORNEY:** SHAW LEGAL SERVICES LTD |
| CITY: Oak Park | ADDRESS: 3 W BRIAR PL B |
| STATE: IL  ZIP CODE: 60302 | CITY: CHICAGO |
| ATTACHED FEE AMT: | STATE: IL  ZIP CODE: 60657 |
| SERVICE INFORMATION: R/A: IRENE DUMANIS | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE  DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | |
|---|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

WRIT SERVED ON:  JANET _____   ATTEMPTED SERVICES

SEX: F  RACE: WH  AGE: 60 _____

| | | |
|---|---|---|
| Date | Time | Star # |

THIS  02  DAY OF  August 20 23

TIME: 10:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/  COVARRUBIAS, RAMIRO #11629  , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2023CH06224  **SHERIFF NUMBER:** 50313620  **MULT. SER.:** 2  **DOC. TYPE:** SMMNS

**DIE DATE:** 08/15/2023  **RECEIVED DATE:** 07/25/2023  **FILED DATE:** 07/21/2023  **DIST:** 302

Date                          Time                          Star #

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook _____ COUNTY | | **FILED** 7/21/2023 3:27 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2023CH06224 Calendar, 15 23643204 |

| **Instructions ▼** | Judy Holmquist |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC and AUM Global Healthcare Mgmt,LLC dba Resilience Healthcare-WestLaw Mgmt Company, LLC |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| 2023CH06224 |
|---|
| **Case Number** |
| Hearing Date: No hearing scheduled Location: <<CourtRoomNumber>> Judge: Calendar, 15 |

(Left margin, rotated) FILED DATE: 7/21/2023 3:27 PM   2023CH06224

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

**Plaintiff/Petitioner:**

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Order of protection | • Adult guardianship |
| • Eviction | • Paternity | • Detinue |
| • Small Claims | • Stalking no contact orders | • Foreclosure |
| • Divorce | • Civil no contact orders | • Administrative review cases |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2023CH06224

FILED DATE: 7/21/2023 3:27 PM    2023CH06224

1. **Defendant/Respondent's address and service information:**

   a.  Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last):*  Resilience Healthcare-West Suburban Medical Center, LLC

   Registered Agent's name, if any:  Irene Dumanis

   Street Address, Unit #:  3 Erie Court

   City, State, ZIP:  Oak Park, IL 60302

   Telephone: _____  Email: _____

   b.  If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last):* _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____  Email: _____

   c.  Method of service on Defendant/Respondent:

   ☑ Sheriff        ☐ Sheriff outside Illinois: _____

   *County & State*

   ☐ Special process server        ☐ Licensed private detective

> In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.
>
> In 1b, enter a second address for the first Defendant/ Respondent, if you have one.
>
> In 1c, check how you are sending your documents to this Defendant/ Respondent.

☑  **I am serving more than 1 Defendant/Respondent.**

I have attached _____2_____ *Additional Defendant/Respondent Address*

*Number*

and *Service Information* forms.

> Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

2. **Information about the lawsuit:**

   a.  Amount claimed:  $ 200,000.00

   ☐ b.  I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

> In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.

3. **Contact information for the Plaintiff/Petitioner:**

   Name *(First, Middle, Last):* Shaw Legal Services Ltd

   Street Address, Unit #:  540 West Briar Place, Suite B

   City, State, ZIP:  Chicago, IL 60657

   Telephone:  (773) 549-9500    Email:  administrator@shawattorneys.com

> In 3, enter your complete address, telephone number, and email address, if you have one.

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

> **Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons.* To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

> Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.

4. **Instructions for person receiving this *Summons* (Defendant):**

   ☐ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

   Address: _____

   City, State, ZIP: _____

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| | |
|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | |

In 4b, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website. All of this information is available from the Circuit Clerk.

☐ **b.** Attend court:

On: 11/02/2023    at 10:00    ☑ a.m. ☐ p.m. in 2410
      *Date*       *Time*              *Courtroom*

**In-person at:**

_____
Courthouse Address    City          State     ZIP

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: 312-626-6799
               *Call-in number for telephone remote appearance*

By video conference: https://circuitcourtofcookcounty.zoom.us/j/95535573920
                      *Video conference website*

Meeting ID: 95535573920  no password required
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: (312) 603-5030     or visit their website
               *Circuit Clerk's phone number*

at: https://www.cookcountyclerkofcourt.org    to find out more about how to do this.
    *Website*

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:**    7/21/2023 3:27 PM IRIS Y. MARTINEZ <br><br> **Clerk of the Court:** _____ |

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
             *(Date to be entered by an officer or process server on the copy of this*
             *Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023CH06224

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS,<br>CIRCUIT COURT<br><br>Cook_____ COUNTY | **PROOF OF SERVICE OF<br>SUMMONS AND<br>COMPLAINT/PETITION** | For Court Use Only |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | Judy Holmquist<br>_____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC, and AUM Global Healthcare Management, LLC dba Resilience Healthcare-WestLaw Management Company, LLC<br>_____<br>**Defendant / Respondent** *(First, middle, last name)* | 2023CH06224<br>_____ |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                     *First, Middle, Last*
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:** _____

| Under the Code of Civil Procedure, <u>735 ILCS 5/1-109</u>, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: |
|---|---|

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM    2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook ☑ COUNTY | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)*<br>Judy Holmquist |
| Enter your name as Plaintiff/Petitioner. | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | v.<br><br>**Defendants / Respondents** *(First, middle, last name)*<br>Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC and AUM Global Healthcare Management, LLC dba |
| Enter the Case Number given by the Circuit Clerk. | Resilience Healthcare-WestLaw Management Company, LLC |

2023CH06224
**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

| | |
|---|---|
| In **1a**, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** Next Defendant/Respondent's address and service information:<br><br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*:   AUM Global Healthcare Management, LLC<br>Registered Agent's name, if any:  M. Kumar<br>Street Address, Unit #:   191 South Berkshire Road<br>City, State, ZIP:   Bloomfield Hills, MI 48302<br>Telephone:   _____  Email:   _____ |
| In **1b**, enter a second address for this Defendant/Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*:   _____<br>Street Address, Unit #:   _____<br>City, State, ZIP:   _____<br>Telephone:   _____  Email:   _____ |
| In **1c**, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff    ☑ Sheriff outside Illinois:   Oakland County   Michigan<br>                                               *County & State*<br>☐ Special process server    ☐ Licensed private detective |

SU-S 1503.3            Page 1 of 1            (05/23)

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM    2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|
| Cook ☑ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* <br> Judy Holmquist | |
| Enter your name as Plaintiff/Petitioner. | | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v. <br><br> **Defendants / Respondents** *(First, middle, last name)* <br> Resilience Healthcare-West Suburban Medical Center, <br> LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC <br> and AUM Global Healthcare Management, LLC dba | 2023CH06224 <br><br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | Resilience Healthcare-WestLaw Management Company, LLC <br> ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| In **1a**, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Next Defendant/Respondent's address and service information:** |
|---|---|
| | a. Defendant/Respondent's primary address/information for service: |
| | Name *(First, Middle, Last):* Resilience Healthcare-Weiss Memorial Hospital, LLC |
| | Registered Agent's name, if any: Irene Dumanis |
| | Street Address, Unit #: 4646 North Marine Drive |
| | City, State, ZIP: Chicago, IL 60640 |
| | Telephone: _____ Email: _____ |
| In **1b**, enter a second address for this Defendant/ Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: |
| | Name *(First, Middle, Last):* _____ |
| | Street Address, Unit #: _____ |
| | City, State, ZIP: _____ |
| | Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | c. Method of service on Defendant/Respondent: |
| | ☑ Sheriff ☐ Sheriff outside Illinois: _____ |
| | *County & State* |
| | ☐ Special process server ☐ Licensed private detective |

SU-S 1503.3                                    Page 1 of 1                                    (05/23)

FILED DATE: 7/21/2023 3:27 PM    2023CH0622

# ZOOM FROM YOUR PHONE

### How to use Zoom on your smart phone for your remote court hearing



## 1 GO TO YOUR APP STORE

On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 

## 2 DOWNLOAD THE ZOOM APP

Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."



## 3 OPEN THE ZOOM APP

You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.



## 4 CLICK "JOIN A MEETING"

You do not need to "Sign Up" or "Sign In" to join a meeting.



## 5 TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **A**.
Type in your full name in the box labeled **B**.



## 6 TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled **C** and click "Continue."



## 7 CLICK "JOIN WITH VIDEO"

You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."



## 8 CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"

You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.








ACCESS TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips**

FILED DATE: 7/21/2023 3:27 PM   2023CH0622

# ZOOM FROM YOUR COMPUTER

### How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing

**1** ### GO TO zoom.us/join
If the court gave you a link, click the link and follow the instructions.

← → C 🔒 zoom.us/join

**2** ### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **A** and click "Join."

Join a Meeting

Meeting ID or Personal Link Name Ⓐ

Join

**3** ### CLICK "OPEN ZOOM MEETINGS"
If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.

Open Zoom Meetings?
https://zoom.us wants to open this application.
☐ Always allow zoom.us to open links of this type in the associated app

Open Zoom Meetings   Cancel

**4** ### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **B**. Type in your full name in the box labeled **C**.

Join Meeting

Meeting ID or Personal Link Name Ⓑ
Your Name Ⓒ
☐ Remember my name for future meetings
☐ Don't connect to audio
☐ Turn off my video

Cancel   Join

**5** ### TYPE THE ZOOM MEETING PASSWORD
Type in the Zoom Meeting Password the court gives you in the box labeled **D** and click "Join Meeting."

Enter meeting password

Meeting password Ⓓ

Join Meeting   Cancel

**6** ### CLICK "JOIN WITH VIDEO"
You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."

Join without Video   Join with Video

**7** ### CLICK "JOIN WITH COMPUTER AUDIO"
You can test your speaker and microphone by clicking the words under "Join with Computer Audio."

☐ Choose ONE of the audio conference options   ✕
Phone Call   Computer Audio

Join with Computer Audio
Test Speaker and Microphone

### Getting Ready for Your Remote Hearing:

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.



ACCESS
TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)



**Flip for Phone Instructions**

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM    2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT <br><br> Cook _____ COUNTY | **SUMMONS** | For Court Use Only <br> **FILED** <br> 7/21/2023 3:27 PM <br> IRIS Y. MARTINEZ <br> CIRCUIT CLERK <br> COOK COUNTY, IL <br> 2023CH06224 <br> Calendar, 15 <br> 23643204 |
|---|---|---|

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | Judy Holmquist _____ <br> **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* <br> Resilience Healthcare-West Suburban Medical Center, <br> LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC <br> and AUM Global Healthcare Management,LLC dba Resilience <br> Healthcare-WestLaw Management Company, LLC |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| | |
|---|---|
| 2023CH06224 _____ <br> **Case Number** | |
| Hearing Date: No hearing scheduled <br> Location: <<CourtRoomNumber>> <br> Judge: Calendar, 15 | |

---

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Order of protection | • Adult guardianship |
| • Eviction | • Paternity | • Detinue |
| • Small Claims | • Stalking no contact orders | • Foreclosure |
| • Divorce | • Civil no contact orders | • Administrative review cases |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2023CH06224

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

**1. Defendant/Respondent's address and service information:**

| | | |
|---|---|---|
| In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. | Defendant/Respondent's primary address/information for service: |

Name *(First, Middle, Last):*  Resilience Healthcare-Weiss Memorial Hospital, LLC

Registered Agent's name, if any:  Irene Dumanis

Street Address, Unit #:  4646 North Marine Drive

City, State, ZIP:  Chicago, IL 60640

Telephone: _____ Email: _____

In 1b, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last):* _____

Street Address, Unit #: _____

City, State, ZIP: _____

In 1c, check how you are sending your documents to this Defendant/ Respondent.

Telephone: _____ Email: _____

c. Method of service on Defendant/Respondent:

☑ Sheriff   ☐ Sheriff outside Illinois: _____
*County & State*

☐ Special process server   ☐ Licensed private detective

---

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☑ **I am serving more than 1 Defendant/Respondent.**

I have attached _____2_____ *Additional Defendant/Respondent Address*
*Number*

and *Service Information* forms.

In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ 200,000.00

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In 3, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last):* Shaw Legal Services Ltd

Street Address, Unit #:  540 West Briar Place, Suite B

City, State, ZIP:  Chicago, IL 60657

Telephone:  (773) 549-9500   Email:  administrator@shawattorneys.com

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

Important information for the person getting this form

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

---

Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.

**4. Instructions for person receiving this *Summons* (Defendant):**

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: _____

City, State, ZIP: _____

---

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

☑ b.   **Attend court:**

On:   __11/02/2023__   at   __10:00__   ☑ a.m. ☐ p.m. in   __2410__
  *Date*          *Time*          *Courtroom*

**In-person at:**

_____   _____   _____   _____
*Courthouse Address*   *City*   *State*   *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone:   __312-626-6799__
      *Call-in number for telephone remote appearance*

By video conference:   __https://circuitcourtofcookcounty.zoom.us/j/95535573920__
          *Video conference website*

__Meeting ID: 95535573920  no password required__
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at:   __(312) 603-5030__          or visit their website
        *Circuit Clerk's phone number*

at:   __https://www.cookcountyclerkofcourt.org__   to find out more about how to do this.
  *Website*

| STOP!<br>The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:**   ~~7/21/2023 3:27 PM IRIS Y. MARTINEZ~~

**Clerk of the Court:**   _____

---

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  o   If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service:   _____
        *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023CH06224

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Judy Holmquist _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC, and AUM Global Healthcare Management, LLC dba Resilience Healthcare-West aw Management Company LLC _____ **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023CH06224 _____ **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
 ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
 On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
 Address, Unit#: _____
 City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
 On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
 Address, Unit#: _____
 City, State, ZIP: _____
 And left it with: _____
 *First, Middle, Last*
 ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
 and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
 *First, Middle, Last*
 ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
 On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
 Address: _____
 City, State, ZIP: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**                                          **FEES**

| | | | |
|---|---|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | _____ *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective | Service and Return: $ _____ Miles _____ $ _____ Total $ 0.00 | |

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

SU-S 1503.4        Page 5 of 5        (05/23)

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook ☑ COUNTY | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)*<br>Judy Holmquist | |
| Enter your name as Plaintiff/Petitioner. | | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v.<br><br>**Defendants / Respondents** *(First, middle, last name)*<br>Resilience Healthcare-West Suburban Medical Center, | 2023CH06224 |
| Enter the Case Number given by the Circuit Clerk. | LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC and AUM Global Healthcare Management, LLC dba Resilience Healthcare-WestLaw Management Company, LLC<br>☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**1. Next Defendant/Respondent's address and service information:**

*In 1a, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.*

   **a.** Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last)*:  AUM Global Healthcare Management, LLC
      Registered Agent's name, if any:  M. Kumar
      Street Address, Unit #:  191 South Berkshire Road
      City, State, ZIP:  Bloomfield Hills, MI 48302
      Telephone:       Email:

*In 1b, enter a second address for this Defendant/ Respondent if you have one.*

   **b.** If you have more than one address where Defendant/Respondent might be found, list that here:
      Name *(First, Middle, Last)*:
      Street Address, Unit #:
      City, State, ZIP:
      Telephone:       Email:

*In 1c, check how you are sending your documents to this Defendant/ Respondent.*

   **c.** Method of service on Defendant/Respondent:
      ☐ Sheriff     ☑ Sheriff outside Illinois:  Oakland County   Michigan
                                            *County & State*
      ☐ Special process server     ☐ Licensed private detective

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|
| Cook ☑ COUNTY | | |

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** (First, middle, last name) <br> Judy Holmquist |
| Enter your name as Plaintiff/Petitioner. | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | v. <br><br> **Defendants / Respondents** (First, middle, last name) <br> Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC |
| Enter the Case Number given by the Circuit Clerk. | and AUM Global Healthcare Management, LLC dba Resilience Healthcare-WestLaw Management Company, LLC <br> ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

2023CH06224

**Case Number**

---

| | |
|---|---|
| In **1a**, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** Next Defendant/Respondent's address and service information: <br> a. Defendant/Respondent's primary address/information for service: <br> Name (First, Middle, Last): Resilience Healthcare-West Suburban Medical Center,LLC <br> Registered Agent's name, if any: Irene Dumanis <br> Street Address, Unit #: 3 Erie Court <br> City, State, ZIP: Oak Park, IL 60302 <br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for this Defendant/Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name (First, Middle, Last): _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent: <br> ☑ Sheriff    ☐ Sheriff outside Illinois: _____ <br> _County & State_ <br><br> ☐ Special process server    ☐ Licensed private detective |

SU-S 1503.3                          Page 1 of 1                          (05/23)

FILED DATE: 7/21/2023 3:27 PM    2023CH06622

# ZOOM FROM YOUR PHONE

## How to use Zoom on your smart phone for your remote court hearing



**1** ### GO TO YOUR APP STORE

On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 
Google Play

**2** ### DOWNLOAD THE ZOOM APP

Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."


ZOOM Cloud Meetings
Meet Happy
★★★★☆ 965K

**3** ### OPEN THE ZOOM APP

You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.

OPEN

**4** ### CLICK "JOIN A MEETING"

You do not need to "Sign Up" or "Sign In" to join a meeting.

Join a Meeting

**5** ### TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **A**.
Type in your full name in the box labeled **B**.



**6** ### TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled **C** and click "Continue."



**7** ### CLICK "JOIN WITH VIDEO"

You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."

Join with Video

**8** ### CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"

You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.


To hear others please join audio
Call Over Internet
Dial in
Cancel

ACCESS TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips**

FILED DATE: 7/21/2023 3:27 PM   2023CH0622

# ZOOM FROM YOUR COMPUTER

**How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing**



**1**
### GO TO zoom.us/join
If the court gave you a link, click the link and follow the instructions.

← → C   🔒 zoom.us/join

**2**
### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **A** and click "Join."

Join a Meeting

Meeting ID or Personal Link Name   (A)

Join

**3**
### CLICK "OPEN ZOOM MEETINGS"
If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.

Open Zoom Meetings?

Open Zoom Meetings   Cancel

**4**
### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **B**. Type in your full name in the box labeled **C**.

Join Meeting

Meeting ID or Personal Link Name   (B)
Your Name   (C)

Cancel   Join

**5**
### TYPE THE ZOOM MEETING PASSWORD
Type in the Zoom Meeting Password the court gives you in the box labeled **D** and click "Join Meeting."

Enter meeting password

Meeting password   (D)

Join Meeting   Cancel

**6**
### CLICK "JOIN WITH VIDEO"
You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."

Join without Video   |   Join with Video

**7**
### CLICK "JOIN WITH COMPUTER AUDIO"
You can test your speaker and microphone by clicking the words under "Join with Computer Audio."

Phone Call   |   Computer Audio

Join with Computer Audio
Test Speaker and Microphone

## Getting Ready for Your Remote Hearing:

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.



ACCESS
TO JUSTICE
ILLINOIS SUPREME COURT COMMISSION
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Phone Instructions** ➡


This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only |
|---|---|---|
| Cook        COUNTY | | FILED 7/21/2023 3:27 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2023CH06224 Calendar, 15 23643204 |

*FILED DATE: 7/21/2023 3:27 PM   2023CH06224*

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Judy Holmquist |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC and AUM Global Healthcare Management, LLC dba |
| Enter the Case Number given by the Circuit Clerk. | Resilience Healthcare-WestLaw Management Company, LLC ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| |
|---|
| 2023CH06224 |
| **Case Number** |
| Hearing Date: No hearing scheduled Location: <<CourtRoomNumber>> Judge: Calendar, 15 |

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Order of protection | • Adult guardianship |
| • Eviction | • Paternity | • Detinue |
| • Small Claims | • Stalking no contact orders | • Foreclosure |
| • Divorce | • Civil no contact orders | • Administrative review cases |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2023CH06224

<table>
<tr><td>

In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

</td></tr>
</table>

FILED DATE: 7/21/2023 3:27 PM  2023CH06224

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*:  AUM Global Healthcare Management, LLC

Registered Agent's name, if any:  M. Kumar

Street Address, Unit #:  191 S. Berkshire Road

City, State, ZIP:  Bloomfields Hills, MI 48302

Telephone: _____ Email: _____

> In 1b, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____ Email: _____

> In 1c, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff      ☑ Sheriff outside Illinois:  Oakland County  Michigan
*County & State*

☐ Special process server      ☐ Licensed private detective

> Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☑ **I am serving more than 1 Defendant/Respondent.**

I have attached ____2____ *Additional Defendant/Respondent Address*
*Number*

*and Service Information* forms.

> In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed:  $ 200,000.00

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

> In 3, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*:  Shaw Legal Services Ltd

Street Address, Unit #:  540 West Briar Place, Suite B

City, State, ZIP:  Chicago, IL 60657

Telephone:  (773) 549-9500      Email:  administrator@shawattorneys.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

> **Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

> Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.

**4. Instructions for person receiving this *Summons* (Defendant):**

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: _____

City, State, ZIP: _____

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

In 4b, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website. All of this information is available from the Circuit Clerk.

☑ b.  **Attend court:**

On: __11/02/2023__    at   __10:00__    ☑ a.m. ☐ p.m. in  __2410__
    *Date*          *Time*                             *Courtroom*

**In-person at:**

_____  _____  _____  _____
*Courthouse Address*      *City*        *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone:  __312-626-6799__
                *Call-in number for telephone remote appearance*

By video conference:  __https://circuitcourtofcookcounty.zoom.us/j/95535573920__
                               *Video conference website*

__Meeting ID: 95535573920  no password required__
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at:  __(312) 603-5030__   or visit their website
                        *Circuit Clerk's phone number*

at:   __https://www.cookcountyclerkofcourt.org__   to find out more about how to do this.
      *Website*

| STOP!<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____ |
| | __7/21/2023 3:27 PM IRIS Y. MARTINEZ__ |
| | **Clerk of the Court:** _____ |



**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
               *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2023CH06224</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br>Cook _____ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | Judy Holmquist |
| | **Plaintiff / Petitioner** (*First, middle, last name*) |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hospital, LLC, and AUM Global Healthcare Management, LLC dba Resilience Healthcare-WestLaw Management Company, LLC |
| | **Defendant / Respondent** (*First, middle, last name*) |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (*Check this box if this is not the 1st Summons issued for this Defendant.*) |

|  |
|---|
| 2023CH06224 |
| **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
  *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
  *First, Middle, Last*

☐ Personally on the Defendant/Respondent:
  ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: \_\_\_\_\_  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
    *First, Middle, Last*
  ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: \_\_\_\_\_  Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
    *First, Middle, Last*
  ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: \_\_\_\_\_  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

FILED DATE: 7/21/2023 3:27 PM  2023CH06224

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

**FEES**

Service and Return: $ _____

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____

_____
*County and State*
☐ Special process server
☐ Licensed private detective

Miles _____ $ _____
Total $ 0.00 _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 7/21/2023 3:27 PM 2023CH06224

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|
| Cook ☑ COUNTY | | |

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* <br> Judy Holmquist |
| Enter your name as Plaintiff/Petitioner. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v. <br><br> **Defendants / Respondents** *(First, middle, last name)* <br> Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC and AUM Global Healthcare Management, LLC dba Resilience Healthcare-WestLaw Management Company, LLC |
| Enter the Case Number given by the Circuit Clerk. | |

2023CH06224
**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

---

| | |
|---|---|
| In **1a**, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Next Defendant/Respondent's address and service information:** <br><br> a. Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: Resilience Healthcare-Weiss Memorial Hospital, LLC <br> Registered Agent's name, if any: Irene Dumanis <br> Street Address, Unit #: 4646 North Marine Drive <br> City, State, ZIP: Chicago, IL 60640 <br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for this Defendant/ Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | c. Method of service on Defendant/Respondent: <br> ☑ Sheriff ☐ Sheriff outside Illinois: _____ <br> *County & State* <br> ☐ Special process server ☐ Licensed private detective |

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

FILED DATE: 7/21/2023 3:27 PM   2023CH06224

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|
| Cook ☑ COUNTY | | |

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)*<br>Judy Holmquist |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Resilience Healthcare-West Suburban Medical Center, LLC, Resilience Healthcare-Weiss Memorial Hosptial, LLC and AUM Global Healthcare Management, LLC dba |
| Enter the Case Number given by the Circuit Clerk. | Resilience Healthcare-WestLaw Management Company, LLC |

2023CH06224

**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)*

---

1. **Next Defendant/Respondent's address and service information:**

*In 1a, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.*

   a. Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last):*   Resilience Healthcare-West Suburban Medical Center,LLC
      Registered Agent's name, if any:   Irene Dumanis
      Street Address, Unit #:   3 Erie Court
      City, State, ZIP:   Oak Park, IL 60302
      Telephone: _____ Email: _____

*In 1b, enter a second address for this Defendant/ Respondent if you have one.*

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name *(First, Middle, Last):* _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____ Email: _____

*In 1c, check how you are sending your documents to this Defendant/ Respondent.*

   c. Method of service on Defendant/Respondent:
      ☑ Sheriff     ☐ Sheriff outside Illinois: _____
                                         *County & State*
      ☐ Special process server     ☐ Licensed private detective

---

Case: 1:23-cv-00826 Document #: 1 Filed: 09/01/23 Page 41 of 73 PageID #:41

# ZOOM FROM YOUR PHONE

## How to use Zoom on your smart phone for your remote court hearing



FILED DATE: 7/21/2023 3:27 PM   2023CH0622

### 1 GO TO YOUR APP STORE

On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 

### 2 DOWNLOAD THE ZOOM APP

Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."



### 3 OPEN THE ZOOM APP

You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.



### 4 CLICK "JOIN A MEETING"

You do not need to "Sign Up" or "Sign In" to join a meeting.



### 5 TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **A**.
Type in your full name in the box labeled **B**.



### 6 TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled **C** and click "Continue."



### 7 CLICK "JOIN WITH VIDEO"

You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."



### 8 CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"

You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.

 

**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips**

FILED DATE: 7/21/2023 3:27 PM    2023CH06622

# ZOOM FROM YOUR COMPUTER

## How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing

**1** ### GO TO zoom.us/join
If the court gave you a link, click the link and follow the instructions.

← → C 🔒 zoom.us/join

**2** ### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **A** and click "Join."

Join a Meeting

Meeting ID or Personal Link Name Ⓐ

Join

**3** ### CLICK "OPEN ZOOM MEETINGS"
If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.

Open Zoom Meetings?

https://zoom.us wants to open this application.

☐ Always allow zoom.us to open links of this type in the associated app

Open Zoom Meetings    Cancel

**4** ### TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled **B**. Type in your full name in the box labeled **C**.

Join Meeting

Meeting ID or Personal Link Name Ⓑ
Your Name Ⓒ

☐ Remember my name for future meetings
☐ Don't connect to audio
☐ Turn off my video

Cancel    Join

**5** ### TYPE THE ZOOM MEETING PASSWORD
Type in the Zoom Meeting Password the court gives you in the box labeled **D** and click "Join Meeting."

Enter meeting password

Meeting password Ⓓ

Join Meeting    Cancel

**6** ### CLICK "JOIN WITH VIDEO"
You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."

Join without Video    Join with Video

**7** ### CLICK "JOIN WITH COMPUTER AUDIO"
You can test your speaker and microphone by clicking the words under "Join with Computer Audio."

☐ Choose ONE of the audio conference options    ✕
Phone Call    Computer Audio

Join with Computer Audio
Test Speaker and Microphone

## Getting Ready for Your Remote Hearing:

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.



ILLINOIS SUPREME COURT COMMISSION ON
**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Phone Instructions** →

Filer Selected Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH06224
Calendar, 15

* 5 0 3

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

**ATTORNEY NO. 46837**
**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| JUDY HOLMQUIST., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | **2023CH06224** |
| v. | ) | No. |
| | ) | |
| RESILIENCE HEALTHCARE – WEST | ) | |
| SUBURBAN MEDICAL CENTER, LLC | ) | |
| a Delaware limited liability | ) | |
| Company, RESILIENCE HEALTHCARE- | ) | |
| WEISS MEMORIAL | ) | |
| HOSPITAL, LLC, a Delaware limited | ) | |
| liability company, | ) | |
| AUM GLOBAL | ) | |
| HEALTHCARE MANAGEMENT, LLC | ) | |
| d/b/a Resilience Healthcare, WestLaw | ) | |
| Management Company, LLC, a Michigan | ) | |
| Limited Liability Company | ) | |

**COMPLAINT**

The Plaintiff, Judy Holmquist, by and through their attorneys, Shaw Legal Services, Ltd.,

and for their Complaint against defendants, complains of Defendants RESILIENCE

HEALTHCARE-WEST SUBURBAN MEDICAL CENTER, LLC ("West Suburban"),

RESILIENCE HEALTHCARE -WEISS MEMORIAL HOSPITAL ("Weiss"), LLC, AUM

GLOBAL HEALTHCARE MANAGEMENT, LLC d/b/a Resilience Healthcare, WestLaw

Management Company, LLC ("AUM") (Collectively referred to as "Defendants") follows:

**FACTS COMMON TO ALL COUNTS**

1.     At all times relevant Plaintiff was a resident of Cook County Illinois where some

or all of the relevant events took place.

1

* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

2.     Defendant West Suburban is a Delaware company registered in Illinois as a foreign company having its principal place of business in Cook County, Illinois where all or some of the relevant events took place.

3.     Defendant West Suburban is a Delaware company registered in Illinois as a foreign company having its principal place of business in Cook County, Illinois where all or some of the relevant events took place.

4.     Defendant Weiss is a Delaware company registered in Illinois as a foreign company having its principal place of business in Cook County, Illinois where all or some of the relevant events took place.

5.     Defendant AUM is a Michigan company registered in Illinois as a foreign company having its principal place of business in Cook County, Illinois where all or some of the relevant events took place.

6.     Plaintiff was diagnosed with Small Lymphocytic Lymphoma/Chronic Leukemia ("Cancer") in 2007 and receives monthly IVIG infusions.

7.     From 2010 to 2022, Plaintiff Judy Holmquist was employed as the Laboratory Market Director for Defendant West Suburban and Defendant Weiss, which were part of Tenet Hospitals, then SRC Hospital Investments, LLC in affiliation with Pipeline Health System, LLC and as of June 2022 are now owned and managed by Defendant AUM.

8.     As Laboratory Market Director, Plaintiff's duties included supervising managers, procurement, compliance, preparing budgets, preparing the laboratories inspections and accreditation, and manuals for West Suburban and Weiss laboratories. ("Job Scope").

9.     Plaintiff consistently received exemplary reviews, bonuses and performed her job functions at or above employer expectations.

2

* 5 0 3 1 3 6 2 0 *

10. As part of Plaintiff's Cancer treatment plan, she received once a month IVIG infusions for immunity which started in 2019 after tests revealed that she was severely immunocompromised due to chemotherapy treatments.

11. In 2010, Plaintiff informed Defendants of her Cancer diagnosis, treatment, and that she required regular leave, one day per month, under the Family and Medical Leave Act of 1993 ("FMLA") to receive her chemotherapy treatments, scans, and physician visits.

12. In November 2019, Plaintiff made her immediate supervisor, Joseph Ottolino ("Ottolino") aware of her cancer diagnosis and that she was immunocompromised.

13. In or around December 2019, COVID spread rapidly throughout the world and eventually in Illinois, expert scientists and medical professionals categorized the disease as a deadly, global pandemic, with no cure or vaccine at the time.

14. Medical experts and scientists explained that sheltering in place and keeping at least 6 to 10 feet away from other people, was the only practical way to prevent contracting COVID-19, which could lead to death.

15. Given Plaintiff's Cancer and zero immune system caused by her cancer treatment, Plaintiff was especially susceptible to the effects of COVID-19.

16. Accordingly, in November 2019, Ottolino moved Plaintiff to the 8th floor away from the laboratory testing areas where other similarly situated employees worked, in order to reduce Plaintiff's risk of infection from various diseases including COVID-19.

17. In or around 2021, Defendants hired Mark Trznadel ("Mark") and Barbara Martin ("Barbara") who would replace Ottolino as Plaintiff's direct supervisors.

* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

18.     Plaintiff told both Martin and Trzandel that she had Cancer and required FMLA for her monthly IVIG infusions, scans and physician visits which were especially important considering COVID-19.

19.     Plaintiff performed all her job duties while on oral chemotherapy and while on her once-a-month FMLA leave for Cancer treatment.

20.     From February 2021 to her termination on May 5, 2022, each time Plaintiff attempted to seek leave for her Cancer, Martin and Trznadel would humiliate, undermine, verbally and physically harass, falsely accuse Plaintiff of wrongdoing, and belittle Plaintiff.

21.     Moreover, Defendants moved only Plaintiff next to the COVID-19 laboratory testing area, despite Plaintiff's protests, reasonable medical advice to distance Plaintiff from this laboratory, and Martin's and Trznadel's specialized knowledge of Plaintiff's immunocompromised system.

22.     Defendants knew that given Plaintiff's immunocompromised system, that she would likely contract COVID-19 and suffer serious health consequences.

23.     Indeed, Plaintiff contracted COVID-19 shortly after being moved to the laboratory testing area, was hospitalized for several weeks, and nearly died. Plaintiff primarily worked at Defendant West Suburban near the laboratory testing centers on the 4th floor, which also is a patient care floor, of the building.

24.     In November 2019, Plaintiff informed her supervisor Ottolino, of her Cancer, treatments needed, and the fact she is immunocompromised.

25.     Considering reports of COVID-19 and Plaintiff's immunocompromised body, Ottolino moved Plaintiff away from the laboratory testing area to an office on the 8th floor of

4



* 5 0 3 1 3 6 2 0 *

Defendant West Suburban to minimize Plaintiff's risk of infection from various diseases including COVID-19.

26.     In or around 2020, COVID took over the routine testing at Defendant West Suburban's laboratories.

27.     In February 2021, Defendant hired Mark Trznadel ("Trznadel") who together with existing Defendants' employee Barbara Martin ("Martin"), became Plaintiff's direct supervisors.

28.     Martin and Trznadel have a background as nurses and are familiar with Plaintiff's Cancer and immunocompromised status.

29.     Plaintiff informed both Martin and Trznadel of her Cancer, treatment needs, that she is immunocompromised, and required FMLA for her monthly IVIG infusions, which was critical due to COVID-19.

30.     Shortly after February 2021, Plaintiff began to experience severe workplace harassment.

31.     From February 2021 through May 2022, Martin and Trznadel criticized Plaintiff each time she exercised her FMLA rights in order to receive her IVIG infusions.

32.     Each time Plaintiff requested FMLA leave, Martin would role her eyes and say sarcastically, "well if you have to".

33.     In or around September 2021, Trznadel told Plaintiff that Martin did not like employees getting sick and taking leave, that Martin would not fire Plaintiff, but would make Plaintiff's life "hell".

34.     Martin and Trznadel placed unrealistic expectations on Plaintiff outside of her job scope.

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

* 5 0 3 1 3 6 2 0 *

35. Plaintiff's Job Scope was limited to supervising managers, procurement, compliance, and manuals for Respondent's hospital laboratories.

36. Plaintiff's Job Scope did not include managing daily operations at Defendants' laboratories.

37. However, Trznadel reprimanded or assigned blame to Plaintiff for poor daily operations performance.

38. In or around May 2021, during a daily staff meeting with other employees present, Trznadel with a sarcastic tone publicly criticized Plaintiff taking time off for Cancer related issues.

39. At this May 2021 meeting, Trznadel also criticized Plaintiff in the same sarcastic tone for daily operations issues, which were again outside her scope of work.

40. In or around September 2021, Trznadel grabbed Plaintiff's arm while admonishing Plaintiff of alleged poor performance for tasks outside her job scope.

41. Trznadel's actions caused Plaintiff to cry, suffer emotional distress, and leave work early that day.

42. Plaintiff complained regularly to Defendants' human resources department about the constant bullying from Trznadel and Martin.

43. In October 2021, Trznadel suddenly informed Plaintiff that she must vacate her 8th floor office and move to an office right next to Defendant West Suburban's laboratory where technicians performed COVID-19 tests.

44. Trznadel required only Plaintiff to move next to the COVID-19 testing labs.

45. Plaintiff strongly protested the move due to her immunocompromised system.

6



* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

46.     In fact, Plaintiff's colleagues including an infectious disease doctor, who worked at Defendant West Suburban and familiar with Plaintiff's Cancer, were shocked and appalled at Defendants' choice to move Plaintiff closer to the COVID-19 testing laboratory.

47.     Defendants through Trznadel required Plaintiff to move despite her protests.

48.     On December 17, 2021, Plaintiff contracted COVID-19 and became very ill.

49.     On January 19, 2021, Plaintiff was hospitalized for COVID-19 Pneumonia and scans revealed that Plaintiff's chemotherapy stopped working.

50.     Plaintiff was dying and began making funeral arrangements.

51.     Facing death due to COVID-19, Plaintiff was emotionally distraught.

52.     However, by January 25, 2021, Plaintiff had managed to survive COVID-19, but had lost 40 pounds in the process. Further, Plaintiff was very weak and could not walk up the 13 steps to her bedroom.

53.     Plaintiff's doctors advised her to rest and get ready for a new chemotherapy ramp up on a drug named Venetoclax, which required another hospitalization due to large tumor burden.

54.     During this time, Plaintiff constantly updated Trznadel on her health and progress.

55.     On February 3, 2022, Plaintiff was admitted to the University of Chicago for the Venetoclax ramp up and still tested positive for COVID-19.

56.     On February 13, 2022, the University of Chicago discharged Plaintiff after successfully completing the ramp up.

57.     On February 17, 2022, Plaintiff's oncologist cleared Plaintiff to return to work the following week.

7

* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

58.     On February 21, 2022, Plaintiff returned to work and arrived at her office at approximately 7:30 a.m.

59.     Almost as soon as Plaintiff arrived, both Martin and Trznadel called Plantiff into Martin's office.

60.     Immediately, Martin began berating Plaintiff, claiming Plaintiff left her department "leadless" while on medical leave and that Plaintiff's department suffered from several employees quitting ("Staffing Issues").

61.     In fact, unbeknownst to Plaintiff at the time, Staffing Issues were caused by Maryam Khanjari ("Khanjari") a manager who Martin and Trznadel elevated to Plaintiff's position while Plaintiff was away on medical leave.

62.     From March 1, 2022 to May 4, 2022, Plaintiff worked to improve staffing problems that Khanjari caused, but that Martin and Trznadel blamed Plaintiff for.

63.     During this time, Plaintiff continued to suffer similar false accusations, bullying, and humiliation from Martin and Trznadel based on Plaintiff's Cancer.

64.     Plaintiff continued to complain to Defendants' human resources department about Martin's and Trznadel's harassment, but Defendants did nothing to stop the behavior.

65.     In early April 2022, Plaintiff told her oncologist about the harassment and stress she faced at work and how Defendants did nothing about it. Plaintiff's doctor stated the added stress increased Plaintiff's risk of health problems associated with the cancer treatment.

66.     In May 2022, Plaintiff received a treatment plan for her Cancer surgery and requested 8 weeks of intermittent FMLA to complete the plan.

8



* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

67.     On May 4, 2022, Plaintiff and her doctor submitted to Defendants' human resources all required and supporting paperwork for Plaintiff's FMLA request to complete the 8-week cancer treatment plan, which included surgery.

68.     Defendants' Human resources then submitted Plaintiff's FMLA request to Martin.

69.     Also, during this time in May 2022, Plaintiff prepared for Defendants' Laboratory Accreditation, which was set to occur on May 4, 2022.

70.     On May 4, 2022, due to Plaintiff performing her job duties well, Defendants' laboratories passed inspections and were successfully accredited.

71.     On May 5, 2022, Martin called Plaintiff into her office and in a harsh tone questioned Plaintiff why she needed time off under FMLA.

72.     Plaintiff explained that her doctor had prescribed an 8-week treatment plan and had filled out the paperwork authorizing FMLA.

73.     Further, that Plaintiff's doctor advised Plaintiff may need some days off throughout the 8-week treatment plan, especially after the surgery.

74.     Martin was visibly unsatisfied with Plaintiff's answer, informed Plaintiff that she was eliminating her position, and then gave Plaintiff two options: (1) a demotion to manager at nearly half of Plaintiff's current pay; or (2) to resign.

75.     At this time, as a Director, Plaintiff earned a salary of $147,230.00 per year plus paid time off, health benefits, bonuses, and retirement benefits.

76.     A manager position was not substantially similar to Plaintiff's Director position and earned significantly less at approximately $80,000.

77.     Plaintiff was shocked and distressed at Martin's offer and requested time to think about it, to which Martin agreed.

9



* 5 0 3 1 3 6 2 0 *

78. However, just four hours later, Martin emailed Plaintiff a severance agreement claiming that Plaintiff's director position had been eliminated and terminated Plaintiff's employment.

79. On July 25, 2022, Defendant West Suburban posted a new job position for Director of Laboratory Services, a job substantially similar to Plaintiff's director position and one which Plaintiff was well qualified for.

80. Sometime thereafter, upon Martin's own admission she offered a position possibly similar to Plaintiff's to another employee who had been recently discharged.

## COUNT I: VIOLATION OF THE ILLINOIS HUMAN RIGHTS ACT
### (775 ILCS CH 5/2-102)(DISABILITY DISCRIMINATION)

81. The allegations contained within paragraphs 1 through 80 are incorporated as if fully set forth herein as paragraph 81 of Count I.

82. Plaintiff is disabled because she has been diagnosed with Small Lymphocytic Lymphoma/Chronic Leukemia Cancer since 2007.

83. Plaintiff's Cancer is unrelated to her ability to perform the functions of the Job Scope Defendants hired her to perform.

84. As a direct and proximate result of Plaintiff's Cancer, Defendants took adverse job action against Plaintiff in the following ways:

    a. In September 2021, Trznadel grabbing Plaintiff's arm admonishing Plaintiff for alleged poor performance for tasks outside of her Job Scope;

    b. After complaining to human resources about Trznadel and Martin's harassment and bullying, requiring only Plaintiff to vacate her 8th floor office and move right next to Defendant West Suburban's COVID-19 laboratory;

FILED DATE: 7/3/2023 5:03 PM   2023CH06224



* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

    c. On February 21, 2022, after surviving COVID-19 and returning to work, Martin berating and admonishing Plaintiff for Staffing Issues, which were outside Plaintiff's Job Scope;

    d. From March 1, 2022 to May 4, 2022, continuously admonishing Plaintiff for Staffing Issues, which again were outside Plaintiff's Job Scope; and

    e. On May 4, 2022, terminating Plaintiff and then offering her position to former employee who had been recently discharged.

85. Shortly after Defendants terminated Plaintiff, Defendants hired or assigned other individual(s) who did not have cancer to perform Plaintiff's Job Scope and duties.

86. In this respect, Defendant West Suburban elevated Khanjari to Plaintiff's position while Plaintiff was away on medical leave.

87. Upon information and belief Khanjari does not suffer from cancer.

88. Further, after terminating Plaintiff, Defendants offered a position likely similar to Plaintiff's position to a another individual who, upon information and belief, did not have a cancer diagnosis.

89. Accordingly, Plaintiff's cancer was a substantial and motivating factor in Defendant's decision to terminate Plaintiff because Defendant preferred employees without a cancer diagnosis.

90. Defendants would have retained Plaintiff if she did not have cancer.

91. Therefore, Defendants termination of Plaintiff constituted intentional disability discrimination in violation of the Act.

WHEREFORE, Plaintiff, Judy Holmquist, prays this honorable court enter judgment in her favor in an amount pursuant to 775 ILCS 5/2-102 against Defendants to be determined at

11



* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM  2023CH06224

trial, but no less than $200,000 representing lost wages, benefits, and other compensation; interest pursuant to 775 ILCS 5/10-102(C); attorney's fees and costs, and any other relief this court finds just and equitable.

## COUNT II: VIOLATION OF THE ILLINOIS HUMAN RIGHTS ACT (775 ILCS 5/6-101(A)(RETALIATORY DISCHARGE)

92.     The allegations contained within paragraphs 1 through 80 are incorporated as if fully set forth herein as paragraph 92 of Count II.

*a. FMLA Retaliation after February 2021*

93.     On February 2021, Plaintiff engaged in protected activity by exercising her FMLA rights in taking leave for her monthly Cancer treatment.

94.     Defendants took several adverse employment actions against Plaintiff which include:

    i.   From February 2021 through May 2022, Martin would role her eyes at Plaintiff each time she requested FMLA leave for her Cancer treatments and say sarcastically, "well if you have to";

    ii.  In or around May 2021, Trznadel would publicly humiliate Plaintiff by admonishing her in front of other employees for tasks which were outside her Job Scope;

    iii. In or around September 2021, Martin told Trznadel she did not like employees getting sick and taking leave, that Martin would not fire Plaintiff, but would make Plaintiff's life "hell";

    iv.  In or around September 2021, Trznadel grabbed Plaintiff's arm while again admonishing Plaintiff of alleged poor performance for tasks outside her job scope; and



* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

    v.  In or around October 2021 after Plaintiff complained to human resources about Trznadel and Martin's constant bullying, knowing of Plaintiff's Cancer and immunocompromised status, Trznadel forced Plaintiff to move her office next to the COVID-19 testing laboratory.

### b. FMLA Retaliation after December 2021

95.    On December 17, 2021, after Trznadel forced Plaintiff to work next to the COVID-19 testing laboratory, Plaintiff contracted COVID-19 and became very ill.

96.    On or about December 17, 2021, Plaintiff requested and took FMLA leave due to serious health problems she faced due to COVID-19.

97.    Plaintiff was on FMLA leave from December 17, 2021 to February 17, 2022 due to being hospitalized for COVID-19 as follows:

    i.  On January 19, 2021, Plaintiff was hospitalized for COVID-19 Pneumonia, her chemotherapy stopped working, and Plaintiff was dying;

    ii.  On or around January 25, 2021, after surviving COVID-19, Plaintiff's doctors advised that Plaintiff required additional time to recuperate, so that she could begin a new round of chemotherapy to address a large tumor;

    iii.  On February 3, 2022, Plaintiff began her new round of chemotherapy and still tested positive for COVID-19; and

    iv.  On February 17, 2022, Plaintiff's oncologist cleared Plaintiff to return to work the following week.

98.    Plaintiff advised Trznadel of her progress throughout her FMLA leave.

99.    On February 21, 2022, when Plaintiff returned to work, Martin and Trznadel took several adverse employment actions because Plaintiff requested FMLA, which include:

* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM   2023CH06224

    i. On February 21, 2022, Martin berated Plaintiff for Staffing Issues, which were outside her Job Scope;

    ii. From March 1, 2022 to May 4, 2022,

        a. Martin and Trznadel continued to criticize and berate Plaintiff for Staffing Issues, even though this was outside Plaintiff's Job Scope and Plaintiff improved staffing conditions;

        b. Martin and Trznadel continued to make false accusations that Plaintiff failed to perform on tasks outside her Job Scope; and

        c. Martin and Trznadel continued to bully and humiliate Plaintiff in front of other co-workers based on Plaintiff's need for FMLA due to her Cancer and COVID-19.

100.    Plaintiff continued to complain to Defendants' human resources department about Martin's and Trznadel's harassment, but Defendants did nothing to stop the behavior.

101.    Defendant had no legitimate reason to move Plaintiff closer to the COVID-19 testing laboratory knowing Plaintiff was immunocompromised, other than because Plaintiff exercised her rights under FMLA.

102.    Defendants had no legitimate reason to discipline Plaintiff for tasks outside her job scope.

103.    Instead, Defendants disciplined Plaintiff because she exercised her rights under FMLA.

104.    Defendants further had no legitimate to bully and harass Plaintiff other than because she exercised her rights under FMLA

*c. FMLA Retaliation after May 4, 2022*

14

* 5 0 3 1 3 6 2 0 *

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

105. On May 4, 2022, Plaintiff requested FMLA leave to complete an 8-week cancer treatment plan, which included surgery, prescribed by her doctor.

106. Defendants took several adverse employment actions against Plaintiff because she requested FMLA, which include the following occurrence at Plaintiff's May 5, 2022 meeting with Martin:

   a. Martin harshly questioned Plaintiff why she needed the 8-week intermittent FMLA despite Plaintiff having provided the appropriate paperwork from her doctor;

   b. Martin responding to Plaintiff's reason for her FMLA request that Plaintiff's job had been eliminated;

   c. Martin in an agitated state gave Plaintiff two choices, both of which amounted to adverse employment action:

      i. a demotion to manager at nearly half of Plaintiff's current pay; or

      ii. to resign;

   d. Martin falsely agreed to allow Plaintiff a reasonable time to think about the two "options", when just four hours later Martin issued Plaintiff a severance agreement;

   e. Defendant refusing to offer Plaintiff a similar job position for Director of Laboratory at Defendant West Suburban; and

   f. Defendant claiming the Market Director of Laboratory position had been eliminated when Defendant Weiss and Defendant West Suburban advertised for Laboratory Director positions just months after Plaintiff's termination.

15

* 5 0 3 1 3 6 2 0 *

107. Defendants should not have and had no legitimate reason for harshly questioning Plaintiff on her reasons for exercising her rights under FMLA.

108. Instead, Defendants disciplined Plaintiff because she exercised her rights under FMLA.

109. Defendants had no legitimate reason to bully and harass Plaintiff other than because she exercised her rights under FMLA.

110. Defendant had no legitimate reason to refuse offering Plaintiff a similar job position for Director of Laboratory at Defendant West Suburban and Defendant Weiss other than because Plaintiff exercised her rights under FMLA.

WHEREFORE, Plaintiff, Judy Holmquist, prays this honorable court enter judgment in her favor in an amount pursuant to 775 ILCS 5/2-102 against Defendants to be determined at trial, but no less than $200,000 representing lost wages, benefits, and other compensation; interest pursuant to 775 ILCS 5/10-102(C); attorney's fees and costs, and any other relief this court finds just and equitable.

RESPECTFULLY SUBMITED,

/s/Caryn I. Shaw

Caryn I. Shaw
Shaw Legal Services, Ltd.
540 W. Briar, Ste B
Chicago, IL 60657
cshaw@shawattorneys.com

FILED DATE: 7/3/2023 5:03 PM 2023CH06224

# EXHIBIT B

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| **JUDY HOLMQUIST, an individual** | |
| Plaintiff, | |
| v. | Case No.  2023CH06224 |
| **RESILIENCE HEALTHCARE – WEST SUBURBAN MEDICAL CENTER, LLC a Delaware limited liability Company, RESILIENCE HEALTHCARE-WEISS MEMORIAL HOSPITAL, LLC, a Delaware limited liability Company, AUM GLOBAL HEALTHCARE MANAGEMENT, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC, a Michigan Limited Liability Company,** | |
| Defendant(s). | |

## DEFENDANTS' NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on September 1, 2023, Defendants Resilience Healthcare – West Suburban Medical Center, LLC, Resilience Healthcare – Weiss Memorial Hospital, LLC, and AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare (improperly named as AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC), by and through their attorneys, Littler Mendelson, P.C., filed their Notice of Removal with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. § 1367(a).  A true and correct copy of the Notice of Removal is attached as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the filing of said Notice in Federal Court, together with the filing of a copy of said Notice with this Court, effects the removal of this action in accordance with 28 U.S.C. § 1446(d).

Dated: September 1, 2023                   Respectfully submitted,

*/s/ Colette L. Kopon*
Colette L. Kopon, ARDC# 6318262
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
ckopon@littler.com

Ariel Clarke, ARDC# 6335703
Littler Mendelson, P.C.
2425 E Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
aclarke@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on September 1, 2023, she caused a copy of the foregoing be electronically filed with the Court's electronic filing system, which sent notification of such filing to all parties on record and sent a copy via U.S. Mail and email:

> Caryn I. Shaw
> Shaw Legal Services, Ltd.
> 540 W. Briar, Ste B
> Chicago, Illinois 60657
> cshaw@shawattorneys.com

/s/ Colette L. Kopon
Colette L. Kopon

4867-3852-2746.1 / 119172-1000

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUDY HOLMQUIST, an individual | |
| Plaintiff, | |
| v. | Case No. |
| RESILIENCE HEALTHCARE – WEST SUBURBAN MEDICAL CENTER, LLC a Delaware limited liability Company, RESILIENCE HEALTHCARE-WEISS MEMORIAL HOSPITAL, LLC, a Delaware limited liability Company, AUM GLOBAL HEALTHCARE MANAGEMENT, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC, a Michigan Limited Liability Company, | (Removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division – Case No. 2023CH06224) |
| Defendant(s). | |

## NOTICE OF REMOVAL

Defendants Resilience Healthcare – West Suburban Medical Center, LLC ("West Suburban"), Resilience Healthcare – Weiss Memorial Hospital, LLC ("Weiss Memorial"), and AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare (improperly named as AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC) (collectively "Defendants"), hereby remove the above-captioned action, which is currently pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division. This removal is based upon supplemental jurisdiction under 28 U.S.C. § 1367(a). In support of their Notice of Removal, Defendants state the following:

## I.      THE FEDERAL AND STATE COURT ACTIONS

1.      On May 5, 2023, Plaintiff Judy Holmquist ("Plaintiff"), filed a lawsuit in this Court, entitled *Judy Holmquist v. Resilience Healthcare – West Suburban Medical Center, LLC, et al.*, Case No. 23-cv-02867 (the "Federal Court Action"), alleging, *inter alia*, that Defendants violated the Family and Medical Leave Act of 1993 (" FMLA) and Employee Retirement Income Security Act ("ERISA") when Defendants allegedly terminated her for exercising her rights under the FMLA and ERISA.

2.      On July 3, 2023, Plaintiff filed a lawsuit in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, entitled *Judy Holmquist v. Resilience Healthcare – West Suburban Medical Center, LLC, et al.,* Case No. 2023CH06224 (the "State Court Action"), alleging claims of retaliatory discharge and disability discrimination in violation of the Illinois Human Rights Act ("IHRA") against Defendants based upon the events leading up to and including her termination, all of which were alleged in the Federal Court Action.

3.      West Suburban and Weiss Memorial Hospital were served with a copy of the Summons and Complaint in the State Court Action on August 2, 2023. On August 31, 2023, AUM Global agreed to accept service of the Summons and Complaint. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Summons and Complaint served on West Suburban and Weiss Memorial Hospital are attached as **Exhibit A**. No other process, pleadings, or orders related to this Action have been served on Defendants.

4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service upon West Suburban and Weiss Memorial.

## II.    JURISDICTION AND VENUE

5.    Because the Circuit Court of Cook County, Illinois, County Department, Chancery Division lies in the Eastern Division of the Northern District of Illinois, this Court is the appropriate venue for removal. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

6.    Removal of the State Court Action to this Court is proper because this Court has supplemental jurisdiction over the claims in the State Court Action pursuant to 28 U.S.C. § 1367(a).

## III.    SUPPLEMENTAL JURISDICTION

7.    This Court has federal question jurisdiction over the Federal Court Action currently before the Court, under 28 U.S.C. §1331, which confers original jurisdiction on the federal district courts "of all civil actions arising under the Constitution, laws, or treatises of the United States."

8.    Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's IHRA claims alleged in the State Court Action because those claims are so related to her FMLA and ERISA claims in the Federal Court Action that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367(a).  The critical inquiry in determining whether claims form part of the same case or controversy is whether they "derive from a common nucleus of operative facts." *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 164-65 (1997).

9.    Plaintiff's IHRA claims derive from a common nucleus of operative facts as her FMLA and ERISA claims because they are all founded on the same allegedly retaliatory conduct, allegedly committed by the same individuals, under the same alleged circumstances. *See, e.g., De v. City of Chicago*, 912 F. Supp. 2d 709, 732 (N.D. Ill. 2012) (concluding that the plaintiff's state and federal claims formed part of the same case or controversy because his claims were founded

on the same conduct, committed by the same defendants, under the same conditions of employment).

10.     The IHRA claims in the State Court Action provide virtually identical facts and allegations as the corresponding federal law claims, namely, FMLA and ERISA.

11.     Because Plaintiff's IHRA claims "derive from a common nucleus of operative facts" and because this Court has original jurisdiction over Plaintiff's FMLA and ERISA claims, which are currently before this Court, it is similarly vested with supplemental jurisdiction over Plaintiff's State Court Action.

12.     Plaintiff's use of identical factual allegations to support her Federal Court Action and State Court Action demonstrates an expectation that all of her claims will be considered in a single lawsuit. *See, e.g., Goodman v. Bd. of Trustees of Community College*, 511 F. Supp. 602, 605 (N.D. Ill. 1981).

## IV.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS

13.     In accordance with the requirements of 28 U.S.C. § 1446, which sets the deadline for filing a notice of removal to thirty (30) days after service of a Summons and Complaint, this Notice of Removal is timely filed as it is filed within 30 days of service of the Summons and Complaint on August 2, 2023.

14.     A true and correct copy of this Notice of Removal has been forwarded for filing in the Circuit Court of Cook County. Attached as **Exhibit B** is a copy of the Notice to Clerk of Circuit Court of Cook County of the Filing of Notice of Removal, the original of which is being filed with the Clerk of the Circuit Court of Cook County as required by 28 U.S.C. § 1446(d).

15.     Attached as **Exhibit C** is a true and correct copy of the Notice to Adverse Party of Filing of Notice of Removal, the original of which is being served on the following individuals, as

required by 28 U.S.C. § 1446(d) via U.S Mail and email: Caryn I. Shawn, Shaw Legal Services, Ltd., 540 W. Briar, Ste B, Chicago, Illinois 60657, cshaw@shawattorneys.com.

16.     Defendants file this Notice of Removal solely to remove the State Court Action and do not waive, and specifically reserve, any and all defenses.

WHEREFORE, having fulfilled all statutory requirements, Defendants hereby remove Plaintiff's State Court Action from the Circuit Court of Cook County, County Department, Chancery Division to this Court and requests that the Court assume jurisdiction over Plaintiff's State Court Action.

Dated: September 1, 2023                    Respectfully submitted,

                                            /s/ Colette L. Kopon
                                            Colette L. Kopon, ARDC# 6318262
                                            Littler Mendelson, P.C.
                                            321 North Clark Street, Suite 1100
                                            Chicago, IL 60654
                                            Telephone: 312.372.5520
                                            ckopon@littler.com

                                            Ariel Clarke, ARDC# 6335703
                                            Littler Mendelson, P.C.
                                            2425 E Camelback Road, Suite 900
                                            Phoenix, AZ 85016
                                            Telephone: 602.474.3600
                                            aclarke@littler.com

                                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 1, 2023, she caused a copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which sent notification via electronic mail of such filing to all attorneys of record and sent a copy via U.S. Mail and email:

Caryn I. Shaw
Shaw Legal Services, Ltd.
540 W. Briar, Ste B
Chicago, Illinois 60657
cshaw@shawattorneys.com

*/s/ Colette L. Kopon*
Colette L. Kopon

4874-1557-6186.1 / 119172-1000

# EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| **JUDY HOLMQUIST, an individual**<br><br>Plaintiff,<br><br>v.<br><br>**RESILIENCE HEALTHCARE – WEST SUBURBAN MEDICAL CENTER, LLC a Delaware limited liability Company, RESILIENCE HEALTHCARE-WEISS MEMORIAL HOSPITAL, LLC, a Delaware limited liability Company, AUM GLOBAL HEALTHCARE MANAGEMENT, LLC d/b/a Resilience Healthcare, WestLaw Management Company, LLC, a Michigan Limited Liability Company,**<br><br>Defendant(s).** | Case No.  2023CH06224 |

## NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL

To:     Caryn I. Shaw
        Shaw Legal Services, Ltd.
        540 W. Briar, Ste B
        Chicago, Illinois 60657
        cshaw@shawattorneys.com

PLEASE TAKE NOTICE that on September 1, 2023, Defendants Resilience Healthcare –

West Suburban Medical Center, LLC, Resilience Healthcare – Weiss Memorial Hospital, LLC,

and AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare (improperly named

as AUM Global Healthcare Management, LLC d/b/a Resilience Healthcare, WestLaw

Management Company, LLC), by and through their attorneys, Littler Mendelson, P.C., filed a

Notice of Removal with the Clerk of the United States District Court, Northern District of Illinois

(Eastern Division) pursuant to 28 U.S.C. § 1367(a). This action is pending in the Circuit Court for

Cook County, County Department, Chancery Division, as Case No. 2023CH06224. A copy of that

Complaint was filed with the Notice of Removal. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the Notice of Removal is attached to this Notice and hereby served upon you.

Dated: September 1, 2023            Respectfully submitted,

*/s/ Colette L. Kopon*
Colette L. Kopon, ARDC# 6318262
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
ckopon@littler.com

Ariel Clarke, ARDC# 6335703
Littler Mendelson, P.C.
2425 E Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
aclarke@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on September 1, 2023, she caused a copy of the foregoing be electronically filed with the Court's electronic filing system, which sent notification of such filing to all parties on record and sent a copy via U.S. Mail and email:

> Caryn I. Shaw
> Shaw Legal Services, Ltd.
> 540 W. Briar, Ste B
> Chicago, Illinois 60657
> cshaw@shawattorneys.com

*/s/ Colette L. Kopon*
Colette L. Kopon

4862-8062-2970.1 / 119172-1000

3